FILED

2007 AUG 23 PM 3: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MOHAMED A. HASHI,<br><br>       Petitioner,<br><br>  v.<br><br>MATTHEW MARTEL, et al., Warden,<br><br>       Respondent. | Civil No.   07-0960 JM (JMA)<br><br>**ORDER GRANTING APPLICATION**<br>**TO PROCEED IN FORMA PAUPERIS** |
|---|---|

  On May 24, 2007, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. On June 5, 2007, the Court denied the motion to proceed in forma pauperis and dismissed the case without prejudice and with leave to amend. (*See* Order dated June 5, 2007 [doc. no. 3].) Petitioner was given until August 6, 2007, to either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee. (*Id.*)

  On July 19,. 2007, Petitioner filed a second motion to proceed in forma pauperis together with a trust account statement which reflects a balance of $.59 on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being

///
///

1  required to prepay fees or costs and without being required to post security. The Clerk of the
2  Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.
3  **IT IS SO ORDERED.**
4  DATED: _____8/23/07_____          _____/s/ Jeffrey T. Miller_____
5                                                                Jeffrey T. Miller
                                                              United States District Judge