# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHAMED A. HASHI, <br><br>                    Petitioner, <br> vs. <br><br> MATTHEW MARTEL, Warden, <br><br>                    Respondent. | CASE NO. 07cv0960 JM(JMA) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION RE: (1) GRANTING IN PART RESPONDENT'S MOTION TO DISMISS; AND (2) ISSUANCE OF NOTICE |

Having carefully considered Magistrate Judge Adler's thorough and thoughtful Report and Recommendation regarding (1) the granting in part of Respondent's motion to dismiss and (2) issuance of notice regarding possible dismissal for failure to exhaust ("R & R"), the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety.

**IT IS SO ORDERED.**

DATED: February 25, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -                                                                 07cv0960